No. 336. Ex Parte Trujillo.—Solicitud sobre aprobación de fianza notarial. Resuelto en mayo 28, 1912. Aprobada la fianza notarial prestada por la National Surety Company en mayo 14, 1912. El peticionario compareció en nombre propio.

---

No. 113. Smith Jr. v. El Registrador de la "Propiedad de Guayama.—Moción sobre reconsideración de sentencia. Resuelto en Junio 4, 1912. Denegada la reconsideración. Abogado del peticionario: *Sr. José Tous Soto.*

---

Ex Parte Ortiz et al.—Solicitud dirigida al Tribunal Supremo para que nombre un defensor de oficio a los peticionarios. Resuelto en junio 4, 1912. Denegada la solicitud por carecer el Tribunal Supremo de jurisdicción para intervenir en este caso. Los peticionarios comparecieron en nombre propio.

---

No. 448. El Pueblo v. Bacó.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en junio 4, 1912. Desistida la apelación a instancia del apelante. Abogado del apelante: *Sr. Ricardo A. Gómez.* Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*

---

No. 449. El Pueblo v. Bacó.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en junio 4, 1912. Desistida la apelación a instancia del apelante. Abogado del apelante: *Sr. Ricardo A. Gómez.* Abogado del apelado: *Sr. Charles E. Foote, Fiscal.*